# UNITED STATES DISTRICT COURT
## District of Minnesota

Nelson Edmundo Calo Guaman

Petitioner,

v.

Pamela R. Bondi, Executive Office for Immigration Review, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood, Joel Brott, Daren K. Margolin

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00851-ECT-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Petitioner Nelson G.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED as follows: 1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). 2. Respondents shall release Petitioner from custody as soon as practicable, but not later than 48 hours after entry of this Order.

Date: 2/2/2026

KATE M. FOGARTY, CLERK